

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

1824262

DEBTOR(S):

Donald C Cullen

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 1 IN THE AMOUNT OF $346.55

CREDITOR'S SIGNATURE:

/s/ Zachary Singleton

CREDITOR CONTACT INFO:

LVNV Funding, LLC its successors and assigns as assignee of General Electric Capital Corporation

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

11/20/2018