**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 18−24262−CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Donald C. Cullen
   aka Donald Cramer Cullen
   268F Schultz Road
   Acme, PA 15610

Social Security No.:
   xxx−xx−1389

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Anthony M. Moody
Moody Law Offices
90 WEST CHESTNUT STE 603
WASHINGTON, PA 15301−4524
Telephone number:  412−227−0867

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number:  412−471−5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
February 4, 2019
10:00 AM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

CONFIRMATION HEARING DATE/TIME/LOC
February 4, 2019
10:00 AM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 12/20/18

BY THE COURT

Carlota M. Bohm
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 18-24262-CMB
Donald C. Cullen                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam                Page 1 of 1             Date Rcvd: Dec 20, 2018
                              Form ID: rsc13            Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2018.
db            Donald C. Cullen,    268F Schultz Road,    Acme, PA  15610
14941585      Bayview Loan Servicing, LLC,    PO Box 650091,    Dallas, TX 75265-0091

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 21 2018 02:28:05      Pennsylvania Dept. of Revenue,
               Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA  17128-0946
cr           +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 21 2018 02:32:15      LVNV Funding LLC,
               c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14941584     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 21 2018 02:28:34
               Bayview Loan Servicing, LLC,    Attn: Customer Service,    4425 Ponce de Leon Blvd.,    5th Floor,
               Miami, FL 33146-1837
14959266      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 21 2018 02:33:05
               Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14941586     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 21 2018 02:32:09
               Capital One Bankruptcy Dept.,    PO Box 30285,    Salt Lake City, UT 84130-0285
14949167      E-mail/PDF: resurgentbknotifications@resurgent.com Dec 21 2018 02:33:13
               LVNV Funding, LLC its successors and assigns as,    assignee of General Electric Capital,
               Corporation,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Bayview Loan Servicing, LLC, a Delaware Limited Li
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2018 at the address(es) listed below:
              Anthony M. Moody    on behalf of Debtor Donald C. Cullen amoody@moodylawoffices.com,
               moodyar81455@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 4