Lesco Federal Credit Union
2613 Ligonier Street
Latrobe, PA 15650
(724) 539-9744

PAYABLE THROUGH VIZO FINANCIAL
CORPORATE CREDIT UNION
GREENSBORO, NC 27409

Cashier Check

No. 307442    60-9755/2313

307442
Mar 11, 2019

PAY One Thousand Two Hundred Dollars ************************************    $1,200.00

TO THE ORDER OF
DONALD C CULLEN OR
RHONDA J WINNECOUR CH 13 TRUSTEE
MEMO: CASE #1824262

VOID AFTER 60 DAYS

Rhonda M. Sulkosky
AUTHORIZED SIGNATURE

⑈307442⑈ ⑉231387550⑊ ⑈243382187013⑈

---

Lesco Federal Credit Union  TELLER CHECK WRITER  MEMBER COPY

CHECK NUMBER: 307412

Acct Number: XXXXXXX891-076    Teller: 02    Br: 01    Date: 03/08/19
Time: 2:48:19 PM

Pay To:    DONALD C CULLEN OR
RHONDA J WINNECOUR CH 13 TRUSTEE
MEMO: CASE # 1824262

Check Number:   307412  Control Numbers:  50 412 02
Check Amount:   $3,000.00
New Balance:    $980.00

Check
1500 50

Koed - For
Mooney

TELLER CHECK WRITER Union  MEMBER COPY

CHECK NUMBER: **307442**

Mbr Number: XXXXXXX891-076   Teller: 03   Br: 01   Date: 03/11/19
Time: 1:34:43 PM

Pay To:   DONALD C CULLEN   OR
RHONDA J WINNECOUR CH 13 TRYSTEE
MEMO: CASE #1824262

Check Number:  307442 Control Numbers:  42 412 03
Check Amount:  $1,200.00
New Balance:   $360.00