# PROCEEDING MEMO

**Date:** 03/13/2019 10:00 am

**In re:** Donald C. Cullen

Bankruptcy No. 18-24262-CMB
Chapter: 13
Doc. # 27

**Appearances:**

**Movant(s):** Winnecour / Pail / Katz / DeSimone

**Respondents:** Anthony M. Moody, Esq. for Debtor

**Creditor(s):** Debtor present

**Nature of Proceeding:** #27 Rule Hearing re failure to attend 341 meetings

**Additional Pleadings:**

**Judge's Notes:** Moody: Debtor was unable to attend meetings due to illness and family medical problems

**Outcome:** 341 Meeting to be rescheduled one more time. If Debtor fails to appear, case will be dismissed

_____ Motion is GRANTED _____ Order entered
_____ Motion is DENIED _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED     Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED     Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER: _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:    Movant(s) brief due _____ days
                Respondent(s) brief due _____ days
                Trustee's brief due _____ days

FILED
3/13/19 2:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief U.S. Bankruptcy Judge