**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

Case No. **18−24262−CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Donald C. Cullen
   aka Donald Cramer Cullen
   268F Schultz Road
   Acme, PA 15610

Social Security No.:
   xxx−xx−1389

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Anthony M. Moody<br>Moody Law Offices<br>90 WEST CHESTNUT STE 603<br>WASHINGTON, PA 15301−4524<br>Telephone number: 412−227−0867 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>April 15, 2019<br>11:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>April 15, 2019<br>11:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 3/13/19

BY THE COURT

Carlota M. Bohm
Judge

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 18-24262-CMB
Donald C. Cullen                                                Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dkam              Page 1 of 1             Date Rcvd: Mar 13, 2019
                              Form ID: rsc13          Total Noticed: 9
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2019.
db             Donald C. Cullen,    268F Schultz Road,    Acme, PA  15610
14941585       Bayview Loan Servicing, LLC,    PO Box 650091,    Dallas, TX 75265-0091

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 14 2019 03:01:00     Pennsylvania Dept. of Revenue,
                Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA  17128-0946
cr             +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 14 2019 03:07:48     LVNV Funding LLC,
                c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14941584       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 14 2019 03:01:49
                Bayview Loan Servicing, LLC,    Attn: Customer Service,   4425 Ponce de Leon Blvd.,   5th Floor,
                Miami, FL  33146-1837
14967734       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 14 2019 03:01:49
                Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,
                Coral Gables, FL  33146-1837
14959266        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 14 2019 03:08:03
                Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14941586       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 14 2019 03:08:03
                Capital One Bankruptcy Dept.,    PO Box 30285,    Salt Lake City, UT 84130-0285
14949167        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 14 2019 03:07:47
                LVNV Funding, LLC its successors and assigns as,    assignee of General Electric Capital,
                Corporation,    Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
                                                                                               TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Bayview Loan Servicing, LLC, a Delaware Limited Li
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2019 at the address(es) listed below:
              Anthony M. Moody    on behalf of Debtor Donald C. Cullen amoody@moodylawoffices.com,
               moodyar81455@notify.bestcase.com
              James  Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 4
```