**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

DONALD C. CULLEN                                    Case No.:18-24262

Debtor(s)

Ronda J. Winnecour                                  Document No.:
        Movant
    vs.
No Respondents.

---

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 10/31/2018  and confirmed on 04/23/2019 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 7,400.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 7,400.00 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,230.54 | |
|    Trustee Fee | 316.16 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,546.70 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| BAYVIEW LOAN SERVICING LLC** | 0.00 | 3,543.30 | 0.00 | 3,543.30 |
|    Acct: 1576 | | | | |
| BAYVIEW LOAN SERVICING LLC** | 6,824.77 | 0.00 | 0.00 | 0.00 |
|    Acct: 1576 | | | | |
| | | | | 3,543.30 |
| Priority | | | | |
| ANTHONY M MOODY ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| DONALD C. CULLEN | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| MOODY LAW OFFICES PC | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| ANTHONY M MOODY ESQ | 3,490.00 | 3,230.54 | 0.00 | 0.00 |
|    Acct: | | | | |
| CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
|    Acct: XXXXXXX2CMB | | | | |
| | | | | 310.00 |

| | | | | |
|---|---|---|---|---|
| 18-24262 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 455.32 | 0.00 | 0.00 | 0.00 |
| Acct: 1762 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9723 | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                       3,853.30

TOTAL CLAIMED
PRIORITY                    310.00
SECURED                  6,824.77
UNSECURED                455.32

Date: 05/01/2020                                        /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com